IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL LEON HANSON,

    Plaintiff,                                CV F 07 1708 LJO WMW P

    vs.                                         ORDER RE: FINDINGS & RECOMMENDATIONS (#4)

RICHIE GOFF, et al.,

    Defendants.

        Plaintiff is a Fresno County Jail inmate proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On December 6, 2007, findings and recommendations were entered, recommending dismissal of this action without prejudice to the filing of an application for writ of habeas corpus. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1       Accordingly, THE COURT HEREBY ORDERS that:

2       1. The Findings and Recommendations issued by the Magistrate Judge on December 6, 2007, are adopted in full; and

4       2. This action is dismissed without prejudice to the filing of an application for writ of habeas corpus. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:    January 14, 2008                      /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE